IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | ) |
| | ) Civil Action No. 1:21-cv-00100-SPB-RAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Susan Paradise Baxter |
| SWEET LOREN'S, INC., | ) |
| | ) *Electronically Filed* |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Ronald C. Kolesar and Defendant Sweet Loren's, Inc. have reached an agreement in principle that will resolve the claims alleged in this matter. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

Dated:  May 28, 2021

*/s/ Shelly R. Pagac*
Shelly R. Pagac, Esquire
Pa. I.D. No. 63327
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Phone: (412) 263-2000
Fax: (412) 263-2001
srp@pietrgallo.com

*Counsel for Defendant Sweet Loren's, Inc.*

It is so ordered.

6425613v1

_____
United States District Judge